# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER EMERSON,<br><br>    Plaintiff,<br><br>v.<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION) INC.,<br><br>    Defendant. | Civil Action File No.<br>1:21-CV-03965-WMR-AJB |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Christopher Emerson and Defendant Metro One Loss Prevention Services, Inc., the only parties to have appeared herein, and pursuant to Fed. R. Civ. Pro. 41(a)(A)(ii), stipulate to the dismissal of the above-captioned lawsuit, with prejudice, each party to bear his and its own attorneys' fees, costs taxed as paid.

Respectfully submitted,

| | |
|---|---|
| THE SHARMAN LAW FIRM LLC | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ | /s/ |

Paul J. Sharman
11175 Cicero Drive
Suite 100
Alpharetta, Georgia 30022
(678) 242-5297
paul@sharman-law.com

***Counsel for Plaintiff***

Leslie K. Eason
Georgia Bar No. 100186
Tiffany N. Taylor
Georgia Bar No. 948812
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, Georgia 30308
(404) 869-9054
leason@grsm.com
ttaylor@grsm.com

Steven M. Stastny (*Pro Hac Vice*)
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170
(504) 799-0280
sstansty@grsm.com

***Counsel for Defendant***